UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 03-80494-CIV-MIDDLEBROOKS

JASON LAURENCE WYNER, on behalf of
himself and all other similarly situated,

    Plaintiff,

v.

EQUIFAX INC.

    Defendant.
_____/

FILED by _____ D.C.
SEP 1 2 2003
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## NOTICE OF SETTLEMENT AND AGREED MOTION TO REVISE PROCEDURE UPON NOTIFICATION OF SETTLEMENT

The plaintiff, Jason Wyner ("Wyner"), as well as all opt-in plaintiffs, and the defendant Equifax, Inc. ("Equifax"), hereby notify the Court that they have resolved the claims in this litigation and move to revise the Court's procedure upon Notification of Settlement. Specifically, the parties' request a thirty day period in which to file their Agreed Stipulation of Dismissal with Prejudice. In support thereof, the parties state as follows:

1. Wyner and the opt-in plaintiffs filed this lawsuit and asserted overtime claims against Equifax, Inc. Although Equifax, Inc. is an affiliate of Naviant, Inc., Wyner and the opt-in plaintiffs were actually employed by Naviant, Inc. Concurrently with the filing of this motion, the parties have filed their Agreed Motion Pursuant To Fed.R.Civ.P. 21 To Drop Equifax, Inc. and Add Naviant, Inc. as Proper Defendant. Pursuant to the terms of the parties' agreement, the settlement cannot be finalized until

Equifax, Inc. is dropped and Naviant, Inc. added to the lawsuit.

2. Although approximately thirty five individuals have already opted into the lawsuit, the plaintiff's attorneys represent approximately forty additional individuals who will be opting into the lawsuit in the next week. In order to finalize the settlement, all of these individuals must opt in and must therefore be given sufficient time to file their opt-in notices.

3. Pursuant to the terms of the parties' agreement, approximately ten-fifteen current Naviant, Inc. salespeople will be notified of the litigation and invited to opt in. Counsel for the parties need time to communicate with those employees and allow them time to consider whether or not to opt in, and to file their opt-in notices.

4. Pursuant to the terms of the parties' agreement, each individual opt-in plaintiff will be entering into a settlement agreement and general release. The parties need enough time after all of the opt-in notices have been filed and the class established to prepare and have each such settlement agreement fully executed.

5. Pursuant to the terms of the parties' agreement, upon the execution of each settlement agreement, the parties will file them as a group under seal and move for Court approval of the agreements.

6. Despite the multitude of expected opt-in plaintiffs and the numerous things left to be accomplished, the parties believe that this can realistically be accomplished within the next thirty days. Accordingly, the parties request that the Court allow them thirty days to complete the above-referenced steps and either file an Agreed Stipulation of Dismissal with

3/17/2003 16:08  9547846313        MAUS & LAWLOR, LLC        PAGE 04

09/12/2003 15:42  9547846313        MAUS & LAWLOR, LLC        PAGE 05
SEP. 12 3 4:56PM                                          NO. 822  P. 6

Prejudice or file a status report informing the Court of their progress.

WHEREFORE, the parties respectfully request that the Court revise its procedure upon notification of settlement and allow them thirty days to complete the above-referenced steps and either file an Agreed Stipulation of Dismissal with Prejudice or file a status report informing the Court of their progress.

Respectfully submitted,

Dated: September ___, 2003

Maus & Lawlor, L.L.C. &
Charles J. Bechert, III, P.A.
750 East Sample Road
Building #2, Suite 102
Pompano Beach, Florida 33064
Telephone: (954) 784-6310
Facsimile: (954) 784-6313

By: _____
Joseph M. Maus, Esquire
(Fla. Bar No. 983373)

Attorney for Plaintiff

Dated: September 12, 2003

FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

By: _____
James C. Polkinghorn
(Fla. Bar No. 0376892)
Steven A. Siegel
(Fla. Bar No. 497274)

Attorneys for Defendant Equifax, Inc.
and Naviant, Inc.