UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 03-80494-CIV-MIDDLEBROOKS

JASON LAURENCE WYNER, on behalf of
himself and all other similarly situated,

    Plaintiff,

v.

EQUIFAX INC.

    Defendant.
_____/

## ORDER GRANTING AGREED MOTION PURSUANT TO FED.R.CIV.P. 21 TO DROP EQUIFAX, INC. AND ADD NAVIANT, INC. AS PROPER DEFENDANT

**THIS CAUSE** came before the Court upon the Agreed Motion Pursuant to Fed.R.Civ.P. 21 to Drop Equifax, Inc. and Add Naviant, Inc. as Proper Defendant , and the Court having been advised that both parties agree to the granting of the Motion, and the Court being otherwise duly advised it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' Agreed Motion Pursuant to Fed.R.Civ.P. 21 to Drop Equifax, Inc. and Add Naviant, Inc. as Proper Defendant is hereby granted.

2. Equifax, Inc. is hereby dropped and Naviant, Inc. is added as the proper party defendant. The style of the case shall be amended to reflect this Order.

**DONE AND ORDERED** in chambers this _16_ day of _September_, 2003 at West Palm Beach, Florida.

_[signature]_
United States District Judge

Copies furnished to:
Steve A. Siegel, Esquire
Joseph M. Maus, Esquire